540 U.S. 996
 DUENEZ GUTIERREZ
v.
UNITED STATES Reported below: 73 Fed. Appx. 82
DE LA CRUZ-RODRIGUEZ
v.
UNITED STATES (73 Fed. Appx. 81);
SALAZAR-GONZALEZ
v.
UNITED STATES (73 Fed. Appx. 81);
AMAYA-SALAZAR
v.
UNITED STATES (73 Fed. Appx. 81);
CANO-RAMIREZ
v.
UNITED STATES (73 Fed. Appx. 81);
GUTIERREZ-PANDY, AKA CAYATANO
v.
UNITED STATES (73 Fed. Appx. 82);
MARTINEZ-MONTEROSA
v.
UNITED STATES (73 Fed. Appx. 81);
LEON-SANCHEZ, AKA REINA-DELEON
v.
UNITED STATES (73 Fed. Appx. 82);
BRIONES-MALDONADO
v.
UNITED STATES (73 Fed. Appx. 82);
SANCHEZ-LANDA, AKA SANCHEZ-SANCHEZ
v.
UNITED STATES (73 Fed. Appx. 81);
ESQUIVEL-JUAREZ
v.
UNITED STATES (73 Fed. Appx. 82);
CANTU-PEDROZA
v.
UNITED STATES (73 Fed. Appx. 81);
CRAWFORD-AYUSO
v.
UNITED STATES (73 Fed. Appx. 81);
HURTADO-DAMIAN
v.
UNITED STATES (73 Fed. Appx. 82);
CORDERO-MERCADO
v.
UNITED STATES (73 Fed. Appx. 82);
ROSA-JUAREZ
v.
UNITED STATES (73 Fed. Appx. 81);
LOPEZ-RAMIREZ
v.
UNITED STATES (73 Fed. Appx. 82);
HERRERA-TRUCHE
v.
UNITED STATES (73 Fed. Appx. 83);
REGINO-VILLANUEVA, AKA REGINO
v.
UNITED STATES (73 Fed. Appx. 81), and
GUZMAN-LARA
v.
UNITED STATES (73 Fed. Appx. 82);
 No. 03-6586.
 Supreme Court of United States.
 November 3, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied.